

BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2727

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:12-MJ--277 DAD |
| Plaintiff, | |
| v. | **SEALING ORDER** |
| DANIEL GHERASIM, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint, arrest warrant, and accompanying affidavit in the above-captioned case shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court.

Date: October 25, 2012

/s/ Dale A. Drozd
DALE A. DROZD
United States Magistrate Judge