WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Defendant Daniel Gherasim

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL GHERASIM,<br><br>Defendant. | CASE NO. 2:12-cr-00388-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>Date: January 21, 2016<br>Time: 9:00 AM |

With the Court's permission, defendant Daniel Gherasim and plaintiff United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 21, 2016;

2. By this stipulation, defendant now moves to continue the status conference until March 17, 2016 and to exclude time between January 21, 2016 and March 17, 2016 under local code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate that the Court find that counsel for the defendant requires additional time to review the current charges, to review the extensive discovery, to conduct investigation and research related to the charges and to prepare to discuss the matter with his client.

4. The government does not object to the continuance.

5. Based on the above-stated findings, the ends of justice served by continuing

1

the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed under the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. section 3161, et seq., within which the trial date must commence, the time period of January 21, 2016 to March 17, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. section 3161(h)(7)(A), B(iv) and Local Code T4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED:

DATED: January 19, 2016

/s/ William J. Portanova
_____
WILLIAM J. PORTANOVA
Attorney for Defendant Daniel Gherasim

DATED: January 19, 2016

/s/ Lee Bickley by WJP
_____
LEE BICKLEY
Assistant United States Attorney

**IT IS SO ORDERED**.

Dated: January 20, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT