1 | WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
2 | 400 Capitol Mall, Suite 1100
3 | Sacramento, CA 95814
Telephone: (916) 444-7900
4 | Fax: (916) 444-7998
Portanova@TheLawOffices.com
5 |
6 | Attorney for Defendant Daniel Gherasim

7 |

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,                    )  CASE NO.  2:12-cr-00388-MCE
                                               )
12 |                    Plaintiff,              )
                                               )  STIPULATION REGARDING
13 |                                            )  EXCLUDABLE TIME PERIODS
            v.                                 )  UNDER SPEEDY TRIAL ACT;
14 |                                            )  ORDER
                                               )
15 | DANIEL GHERASIM,                           )
                                               )  Date:   July 28, 2016
16 |                    Defendant.              )  Time:  9:00 AM
                                               )
17 | _____          )

18 |         With the Court's permission, defendant Daniel Gherasim and plaintiff United States

19 | of America, by and through their undersigned attorneys, hereby stipulate as follows:

20 |         1.      By previous order, this matter was set for status on July 28, 2016;

21 |         2.      By this stipulation, defendant now moves to continue the status conference

22 |                 until August 25, 2016 and to exclude time between July 26, 2016 and August

23 |                 25, 2016 under local code T4.  Plaintiff does not oppose this request.

24 |         3.      The parties agree and stipulate that the Court find that counsel for the

25 |                 defendant requires additional time to review the current charges, to review the

26 |                 extensive discovery, to conduct investigation and research related to the

27 |                 charges and to prepare to discuss the matter with his client.

28 |         4.      The government does not object to the continuance.

/// 

///

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT
2:12-CR-00388-MCE

5.  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed under the Speedy Trial Act.

6.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial date must commence, the time period of July 26, 2016 to August 25, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) and Local Code T4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED:

DATED:  July 26, 2016

/s/ William J. Portanova
_____
WILLIAM J. PORTANOVA
Attorney for Defendant Daniel Gherasim

DATED:  July 26, 2016

/s/ Lee Bickley
_____
LEE BICKLEY
Assistant United States Attorney

**IT IS SO ORDERED**.

Dated:  July 29, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE