PHILLIP A. TALBERT
United States Attorney
LEE S. BICKLEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-00388-MCE |
| Plaintiff, | **STIPULATION AND PROTECTIVE ORDER** |
| v. | |
| DANIEL GHERASIM, | |
| Defendant. | |

WHEREAS, the parties desire to prevent the unauthorized disclosure or dissemination of certain sensitive but unclassified discovery materials to anyone not a party to the court proceedings in this matter;

WHEREAS, the parties agree that entry of a stipulated protective order is appropriate; and

WHEREAS, the defendant DANIEL GHERASIM has counsel who wishes the opportunity to review the discovery,

Defendant DANIEL GHERASIM and Plaintiff United States of America, by and through their counsel of record, hereby agree and stipulate as follows:

1.      This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2.      This Order pertains to all discovery provided to or made available to Defense

1

Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3.  Defense Counsel shall not disclose any of the discovery to any person other than his client, or attorneys, law clerks, paralegals, secretaries, experts, and investigators, involved in the representation of his client.  This does not include counsel who has not appeared in the matter for the defendant unless such counsel is in the same law firm or specifically retained by Defense Counsel to assist in the defense (and not to evaluate the case for potential retention purposes).

4.  The discovery and information therein may only be used in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the United States Government.  Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5.  Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6.  If Defense Counsel releases custody of any of the discovery, or authorized copies thereof, to any authorized person described in paragraph (3), Defense Counsel shall provide such recipients with copies of this Order and advise that person that the discovery is the property of the United States Government, that the discovery and information therein may only be used in connection with the litigation of this case and for no other purpose, and that an unauthorized use of the discovery may constitute a violation of law and/or contempt of court.

7.  Defense Counsel shall be responsible for advising his client, employees, and other members of the defense team of the contents of this Stipulation/Order.

IT IS SO STIPULATED.

Dated:  February 3, 2017                         Respectfully submitted,


                                                 PHILLIP A. TALBERT
                                                 United States Attorney

                                      By:   /s/ Lee S. Bickley_____
                                            LEE S. BICKLEY
                                            Assistant U.S. Attorney

2

By:     /s/ Lee S. Bickley for
        WILLIAM J. PORTANOVA
        Counsel for DANIEL GHERASIM

## **ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  February 3, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE